

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-26-00287-CV

In re Cirilo Arrieta, et al., Relators

## AN ORIGINAL PROCEEDING IN MANDAMUS

## DISSENTING OPINION

In my view, it appears from the facts stated in the petition and motion for temporary relief filed this day that Relators' request for relief requires further consideration. Additionally, it appears that Relators will be prejudiced unless immediate temporary relief is granted. Rather than rush a decision on the merits of the petition, I would grant temporary relief pending further consideration by the Court. *See* Tex. R. App. P. 52.10; *In re Jamilah*, No. 14-06-00648-CV, 2006 WL 2729624, at *1 (Tex. App.—Houston [14th Dist.] Sept. 26, 2006, no pet.) (mem. op.). Because the Court decides otherwise, I respectfully dissent.

GINA M. PALAFOX, Justice

July 22, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.